UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Great Lakes Transportation Holding, LLC

            Plaintiff(s),                      Case No. 10-11948

v.                                                Judge  Sean F. Cox

Metro Airport Cars LLC and Najid Abdullah        Magistrate Judge  Mark A. Randon

           Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Great Lakes Transportation Holding, LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: May 13, 2010

Jill M. Wheaton

P49921
Dykema Gossett PLLC
2723 South State Street
Suite 400
Ann Arbor, Michigan  48104
(734) 214-7629
jwheaton@dykema.com