MIED (Rev. 05/08) Report on the Filing or Determination of an Action Regarding a Patent or Trademark

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Great Lakes Transportation Holding, LLC

Plaintiff(s),

v.

Metro Airport Cars, LLC and Najid Abdullah

Defendant(s).

Case No. 10-11948

Judge Sean F. Cox

Magistrate Judge Mark A. Randon

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, Eastern District of Michigan, on the following ☐ Patents or ☐ Trademarks

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,908,853 | 8/1/95 | Great Lakes Transportation Holding, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date: May 13, 2010

Jill M. Wheaton
P49921
Dykema Gossett PLLC
2723 South State Street
Suite 400
Ann Arbor, Michigan  48104
734-214-7629