## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN

GREAT LAKES TRANSPORTATION
HOLDING L.L.C., d/b/a METRO
CARS,

                                            Case No.:  10-cv-11948

             Plaintiff,                     Judge:  Sean F. Cox

vs.                                         Magistrate Judge:  Mark A. Randon

METRO AIRPORT CARS, LLC, and
NAJID ABDULLAH, an individual,

             Defendants.

## ORDER GRANTING
## PLAINTIFF'S MOTION FOR FINDING OF CONTEMPT

On October 30, 2015, Plaintiff Great Lakes Transportation Holding L.L.C. d/b/a Metro Cars ("Plaintiff"), by its attorneys, Dykema Gossett PLLC, filed a motion (Dkt. 17, "Contempt Motion"), seeking a finding that Defendants are in contempt of Court by failing to comply with this Court's Permanent Injunction (Dkt. 14).  Specifically, Plaintiff requested the issuance of an order finding the Defendants to be in contempt, and requiring that Defendants, their agents, servants, employees and all persons in active concert or participation with them ("Enjoined Parties"), fully comply with the terms of the Permanent Injunction by requiring the Enjoined Parties, along with the other obligations in the Permanent Injunction:

(i)     to cease from using Plaintiff's Servicemark "METRO CARS," or colorable imitations thereof and other designs, designations and indicia which are likely to cause confusion, mistake or deception with respect to Plaintiff's rights, including, but not limited to, the name "Metro Airport Car Service," "Metro Car Service Detroit," or any other name using the words "Metro Car" or "Metro Cars";

(ii)    to cease from operating websites that contains the words "Metro" and "Cars including but not limited to https://www.metroairportcardetroitdtwcars.com and www.metroairportcarsdetroit.com;

(iii)   to cease from informing or suggesting to customers or potential customers that they are or are affiliated with Metro Cars; and

(iv)    to pay a monetary sum to Plaintiff in an amount to be determined by the Court for Plaintiff's costs and fees incurred in bringing the Contempt Motion.

On January 14, 2015, the Court heard oral argument on the Motion, at which Defendants did not appear.

After hearing oral argument on the motion, the Court granted the Contempt Motion and awarded Plaintiff its reasonable costs and fees in bringing this motion.

**IT IS HEREBY ORDERED** that the Contempt Motion is granted.

**IT IS FURTHER ORDERED** that Defendants shall pay Plaintiff $5,557.52

within 14 days from entry of this Order.


Dated:  January 26, 2016                           s/ Sean F. Cox
                                                   Sean F. Cox
                                                   United States District Judge


I hereby certify that on January 26, 2016, the document above was served on counsel of record via electronic means and upon Najib Abdullah and Metro Airport Cars, LLC via First Class Mail at the address below:

Najid Abdullah
41152 Canton Court
Canton, MI 48188

Metro Airport Cars, LLC
41152 Canton Court
Canton, MI 48188


                                                   s/ J. McCoy
                                                   Case Manager